IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLES S. OAKES,

    Plaintiff,

v.                                                                                         No. 22-cv-0224 SMV/GJF

HONEYWELL INTERNATIONAL, INC.;
NATIONAL TECHNOLOGY AND
ENGINEERING SOLUTIONS OF SANDIA, LLC;
CAROL ADKINS; and PAUL SHOEMAKER;

    Defendants.

## ORDER TO SHOW CAUSE

    THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Stay Briefing on Defendants' Motion to Dismiss [Doc. 15], filed on May 2, 2022.  Plaintiff requested a stay of the briefing on Defendants' Motion to Dismiss pending ruling on a motion to remand that he indicated he "[would] be filing contemporaneously" therewith.  [Doc. 15] at 1.  However, Plaintiff did not file a motion to remand contemporaneously with his motion to stay.  More than six weeks have passed, and in fact, he still has not filed a motion to remand or any other motion.

    **IT IS THEREFORE ORDERED** that Plaintiff show cause no later than **June 21, 2022**, why his Motion to Stay Briefing [Doc. 15] should not be denied and why briefing on the Motion to Dismiss [Doc. 4] should not resume.

    **IT IS SO ORDERED.**

                                                                                  **STEPHAN M. VIDMAR**
                                                                                  **United States Magistrate Judge**