IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CHARLES S. OAKES,**

    Plaintiff,

v.   No. 22-cv-0224 SMV/GJF

**HONEYWELL INTERNATIONAL, INC.;**
**NATIONAL TECHNOLOGY AND**
**ENGINEERING SOLUTIONS OF SANDIA, LLC;**
**CAROL ADKINS; and PAUL SHOEMAKER;**

    Defendants.

## RULE 58 FINAL ORDER

Having found that Defendants failed to show federal enclave jurisdiction, and having granted Plaintiff's Motion to Remand [Doc. 22], in a Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this action be **REMANDED** to the Second Judicial District Court.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**